UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **24-5140**

Case Title: **John Antony**　vs. **Buena Vista Books, Inc.**

List all clients you represent in this appeal:

**Buena Vista Books, Inc., successor to Disney Book Group, LLC**

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Usha C. Vance**　　Signature: s/ **Usha C. Vance**

Firm Name: **Munger, Tolles & Olson LLP**

Business Address: **601 Massachusetts Ave., N.,W. Suite 500E**

City/State/Zip: **Washington, DC  20001**

Telephone Number (Area Code): **415-512-4038**

Email Address: **usha.vance@mto.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

## Certificate of Service

I hereby certify that on **February 28, 2024**, I electronically filed the foregoing **Appearance of Counsel (Usha C. Vance)** with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the appellate *CM/ECF* system.

Participants in the case who are registered *CM/ECF* users will be served by the appellate *CM/ECF* system.

I further certify that some of the participants in the case are not registered *CM/ECF* users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

**John P. Antony**
**1 Katherine Court**
**Highland Heights, KY 41076**

*/s/ Rosemary Pearl*
_____
Rosemary Pearl